

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-81,972-04

### EX PARTE BOBBY DREW AUTRY, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. W03-25657-U(A) IN THE 291ST DISTRICT COURT FROM DALLAS COUNTY

*Per curiam*.

## O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of the offense of indecency with a child and sentenced to imprisonment for five years.

The trial court signed an order designating issues on August 14, 2014. After 180 days from the day the writ application was served on the State, the writ application was forwarded to this Court. TEX. R. APP. P. 73.5. Though the State notes that Applicant has discharged his sentence, in a supplemental memorandum, he responds that the conviction will cause him to register as a sex

offender.

Applicant has alleged facts which, if true, could entitle him to relief. We remand this application to the 291st District Court of Dallas County to allow the trial judge to complete an evidentiary investigation and enter findings of fact and conclusions of law.

This application will be held in abeyance until the trial court has resolved the fact issues. The issues shall be resolved within 90 days of this order. A supplemental transcript containing all affidavits and interrogatories or the transcription of the court reporter's notes from any hearing or deposition, along with the trial court's supplemental findings of fact and conclusions of law, shall be forwarded to this Court within 120 days of the date of this order. Any extensions of time shall be obtained from this Court.

Filed: March 18, 2015
Do not publish